ACCEPTED
03-15-00671-CV
7715171
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 9:56:48 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00671-CV

**IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 9:56:48 AM
JEFFREY D. KYLE
Clerk

**REBECCA HARRIS, HOLLY HARRIS-BAYER AND RED RIVER
MOTORCYCLE TRAILS, INC. RECREATION PARK
APPELLANTS**

**V.**

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND
EOG RESOURCES, INC.
APPELLEES**

**ON APPEAL FROM THE 345TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS, HON. DARLENE BYRNE, PRESIDING**

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

Please take notice that Clark Richards with the law firm of Richards Rodriguez & Skeith, LLP enters an appearance on behalf of EOG Resources, Inc. EOG Resources, Inc., under Texas Rule of Appellate Procedure 6.1, designates Clark Richards as lead counsel for this appeal. Clark Richards' information is as follows:

Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
**Richards Rodriguez & Skeith, LLP**
816 Congress Ave., Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

For these reasons, EOG Resources, Inc. asks the Court to instruct the clerk to change the records to reflect that Clark Richards is lead counsel for EOG Resources, Inc. in this case on appeal.

Respectfully submitted,

_____
Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
Allen Eli Bell
State Bar No. 02068500
ebell@rrsfirm.com
Richards Rodriguez & Skeith, LLP
816 Congress Ave., Suite 1200
Austin, Texas 78701
Fax (512) 476-0005
Tel (512) 476-1513

**ATTORNEYS FOR APPELLEE
EOG RESOURCES, INC.**

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 6th day of November 2015, a copy of the Notice of Appearance and Designation of Lead Counsel was served by email on the following counsel:

James B. Blackburn, Jr.
Mary W. Carter
Blackburn & Carter
4709 Austin Street
Houston, Texas 77004
Facsimile (713) 524-5165
jbblaw@blackburncarter.com

Anthony Grigsby
Nancy Olinger
Assistant Attorney General
Environmental Protection Div. (MC-066)
Office of the Attorney General of Texas
PO Box 12548
Austin, Texas 78711-2548
Anthony.grigsby@texasattorneygeneral.gov
Nancy.Olinger@texasattorneygeneral.gov

Lawrence G. Dunbar
Dunbar Harder, PLLC
1 Riverway, Suite 1800
Houston, Texas 77056
ldunbar@dunbarharder.com

_____
**CLARK RICHARDS**